IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

JACQAUS L. MARTIN,                    )
                                      )
                 Petitioner,          )          4:03CV3404
                                      )
            v.                        )
                                      )
FRED BRITTEN,                         )          ORDER
                                      )
                 Respondent.          )
_____)

          This matter is before the Court on post-judgment
filings by petitioner, JacQaus L. Martin (Filing Nos. 45 and 46).
Judgment has been entered in this case; the time for appeal has
expired, and the case is closed.  Accordingly, no further action
will be taken by the court.

          IT IS ORDERED that petitioner's post-judgment filings
are denied.

          DATED this 18th day of May, 2005.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                         LYLE E. STROM Senior Judge
                         United States District Court